■ THE PEOPLE OF. THE STATE OF NEW YORK, Respondent, v FRANCIS TURANO, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Richmond County, imposed March 11, 1976. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Richmond County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, Acting P. J., Latham, Cohalan, Margett and Hawkins, JJ., concur.